IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS M. MOSS,<br><br>                Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>                Respondent. | 8:20CV474<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Petitioner's correspondence, which the court construes as a motion for status. (Filing 23.) Upon consideration,

IT IS ORDERED that:

1. Petitioner's correspondence (filing 23), construed as a motion for status, is granted. Petitioner is advised that this matter is fully submitted and ripe for the court's consideration. The court will issue a decision in its normal course of business.

2. Petitioner is further advised that the court entered a Memorandum and Order (filing 20) on June 17, 2021, denying his Motion for Second Reply Brief (filing 19). The clerk of the court is directed to send a copy of the court's June 17, 2021 Memorandum and Order (filing 20) to Petitioner.

Dated this 9th day of September, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge