IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS M. MOSS,<br><br>Petitioner,<br><br>vs.<br><br>ROB JEFFREYS,<br><br>Respondent. | 8:20CV474<br><br>**MEMORANDUM AND ORDER** |

On May 15, 2024, Petitioner filed a Motion to Supplement the Record and attached affidavits and exhibits that Petitioner clearly seeks to have the Court consider in ruling on his pending Petition. Filing No. 45. Rule 7(c) of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[t]he judge must give the party against whom the additional materials are offered an opportunity to admit or deny their correctness." Accordingly,

IT IS ORDERED that:

1. Respondent shall have until June 21, 2024, to file and serve a brief in response to Petitioner's Motion to Supplement the Record in accordance with Rule 7(c) of the Rules Governing Section 2254 Cases.

2. The Clerk of Court is directed to set a pro se case management deadline using the following text: **June 21, 2024**: deadline for Respondent's brief.

2

Dated this 21st day of May, 2024.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court