IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS M. MOSS, | |
| Petitioner, | **8:20CV474** |
| vs. | |
| ROB JEFFREYS, | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the Court on a Motion filed by Petitioner, Filing No. 63, seeking copies of the supplemental state court record filed by Respondent on August 27, 2024, at Filing No. 54. Petitioner alleges that he is entitled to receive, but was not served with, the supplemental record filed by Respondent consisting of Exhibits 17 through 36 and 38 from his trial. Filing No. 63 at 1.

The Motion, Filing No. 63, is granted. Respondent has through and until **March 25, 2026**, to serve Petitioner with the supplemental state records at Filing No. 54-1.

IT IS SO ORDERED.

Dated this 23rd day of February, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court