IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| NICHOLAS M. MOSS, | |
| Petitioner, | **8:20CV474** |
| vs. | |
| ROB JEFFREYS, | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the Court on two motions filed by Petitioner Nicholas M. Moss ("Moss").  In both motions, Moss seeks release pending trial pursuant to 18 U.S.C. § 3143.  *See* Filing Nos. 56 & 60.  The motions shall be denied.

"[1]8 U.S.C. § 3143 governs release of a person who has been found guilty *of a federal offense* who is awaiting imposition or execution of the sentence, and release of a person who has been found guilty of a federal offense pending direct appeal."  *Oriakhi v. United States*, No. CIV. 11-5648 JBS, 2012 WL 4120767, at *2 (D.N.J. Sept. 18, 2012) (emphasis added), aff'd (Feb. 14, 2013) (citing 18 U.S.C. § 3143(a) and (b)).  18 U.S.C. § 3143 does not govern release of a person found guilty of a state offense like Moss.  *See* Filing No. 10-12 at 179 (finding Moss guilty of one count of First Degree Sexual Assault, one count of First Degree False Imprisonment, and one count of Violation of a Domestic Violence Protection Order under Nebraska law).  For this reason, Moss cannot not rely on 18 U.S.C. § 3143 for the relief sought in both motions.

IT IS THEREFORE ORDERED: Moss' motions seeking release pending trial pursuant to 18 U.S.C. § 3143, Filing Nos. 56 & 60, are denied.

Dated this 4th day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court