IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NICHOLAS M. MOSS,

               Petitioner,

     vs.

ROB JEFFREYS,

               Respondent.

**8:20CV474**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Petitioner Nicholas M. Moss ("Petitioner") seeking to expand the state court record (the "Motion"). Filing No. 74. This Court granted a conditional writ of habeas corpus requiring the state court to hold a new trial in the underlying state court action, *see* Filing No. 71, and Petitioner has confirmed he has since been released from incarceration and the case has been resolved, *see* Filing No. 77.

IT IS THEREFORE ORDERED THAT: the Motion, Filing No. 74, is denied as moot.

Dated this 1st day of June, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Court